UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODI COCAGNE, individually,
and on behalf of others similarly
situated,

    Plaintiff,

v.

MORLEY COMPANIES,
INCORPORATED, a Domestic
Profit Corporation,

    Defendant.

Case No. 24-cv-11114

Hon. Mark A. Goldsmith
Mag. Judge Kimberly G. Altman

_____

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, the Settlement Agreement, and the Declarations submitted by Plaintiffs' Counsel, the Court is satisfied that the settlement reached in this matter is a "fair and reasonable resolution of a *bona fide* dispute" under the Fair Labor Standards Act. *See* 29 U.S.C. § 216.

It is therefore this 4th day of December, 2025 Ordered and Adjudged as follows:

1.    The Proposed Settlement is APPROVED, including, but not limited to, Plaintiffs' Counsel's attorneys' fees and costs, the service award to the Plaintiff, the

Claims Administrator, and the Notice Process defined in the Parties' Settlement Agreement.

    2.    IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Atticus Administration will serve as "Claims Administrator" in providing notice, claim process and administration services under the Settlement Agreement;

- Named Plaintiff Cocagne is appointed as representative for the Settlement Collective; and

- Andrew R. Frisch, Esq. is approved as Plaintiffs' Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Settlement and the Claim Form attached to Plaintiffs' Unopposed Motion for Settlement Approval are adequate, proper, comport with Due Process, and they are hereby approved and authorized for distribution to Collective Members as mutually agreed to between the Parties;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of

the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary to effectuate the settlement terms.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice.  The case is now closed.

**SO ORDERED.**

Dated: December 4, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

So Stipulated:

| MORGAN & MORGAN P.A. | JACKSON LEWIS P.C. |
|---|---|
| By:  Andrew R. Frisch (w/consent)<br>Andrew R. Frisch<br>Attorneys for Plaintiffs<br>8151 Peters Road, 4th Floor<br>Fort Lauderdale, FL 33324<br>(954) 327-5355<br>africh@forthepeople.com | By: /s/ Allan S. Rubin<br>Allan S. Rubin (P44420)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com |

3